# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA R. SPRIGGS, | ) Case No. SA CV 13-632 MRW |
| Plaintiff, | ) |
| | ) JUDGMENT |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: December 19, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE