ANDRE BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK [C.S.B.N.131517]
SPECIAL ASSISTANT UNITED STATES ATTORNEY
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: 415-977-8935; Facsimile: 415-744-0134
E-Mail: jean.turk@ssa.gov
Attorney for Defendant

Donald R. Buchanan; CBN 110309
SHAPIN AND BUCHANAN
2000 East Fourth Street Suite 120
Santa Ana, CA 92705
Telephone:  714-567-0188; Facsimile: 714-567-0029
Attorneys for Plaintiff Lisa R. Spriggs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LISA R. SPRIGGS, | No.  SACV 8:13-CV-00632 MRW |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the stipulation.

DATE:  January 17, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-